IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

RONNIE SEARCY,   *

    Plaintiff,   *

v.   Case No.   7:20-CV-228(HL)

    *

COMMISSIONER OF SOCIAL SECURITY,

    *

    Defendant.

    *

## **J U D G M E N T**

Pursuant to this Court's Order dated September 1, 2021, and for the reasons stated therein, JUDGMENT is hereby entered remanding the decision to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This 1st day of September, 2021.

                                          David W. Bunt, Clerk

                                          s/ Robin L. Walsh, Deputy Clerk