IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

RONNIE SEARCY,  \*

      Plaintiff,  \*

v.     Case No.  7:20-CV-228(HL)

  \*

COMMISSIONER OF SOCIAL SECURITY,

  \*

      Defendant.

  \*

## **J U D G M E N T**

Pursuant to the Order of this Court filed December 10, 2021, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $5,648.34 and $421.15 in costs.

This 10th day of December, 2021.

                David W. Bunt, Clerk

                s/  Robin L. Walsh, Deputy Clerk