IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RONNIE SEARCY, | * |
| Plaintiff, | * |
| v. | Case No.  7:20-CV-228(HL) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **A M E N D E D   J U D G M E N T**

Pursuant to the Orders of this Court filed December 10, 2021 and February 2, 2022, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $5,648.34, $400.00 in costs and $21.15 for service expense.

This 2nd day of February, 2022.

David W. Bunt, Clerk

s/  Robin L. Walsh, Deputy Clerk